IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULBIR DHALIWAL; AMRITPAL DHALIWAL,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE SAN FRANCISCO ZOOLOGICAL SOCIETY; CITY AND COUNTY OF SAN FRANCISCO; SAM SINGER; SINGER ASSOCIATES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ / | No. C 08-05094 WHA<br><br>**ORDER RE REQUEST TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE CMC** |

The parties request an extension of defendants' the deadline to respond to the complaint and a continuance of the case management conference, which is currently scheduled for February 12, 2009, to allow time for settlement discussions. A further settlement conference is to be held February 24, 2009. The case management conference is hereby **CONTINUED** to February 26, 2009, and the deadline for defendants to respond to the complaint is hereby **EXTENDED** to the same date, February 26, 2009. There will be no further continuances.

**IT IS SO ORDERED.**

Dated: February 6, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE