UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KULBIR DHALIWAL, et al., )
)
        Plaintiff(s), )   No. C08-5094 WHA (BZ)
)
  v. )   **ORDER RE OVERDUE PAPERS**
)
THE SAN FRANCISCO ZOOLOGICAL )
SOCIETY, et al., )
)
        Defendant(s). )

TO: Plaintiff(s) and their attorney(s) of record:

On March 5, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for May 28, 2009. Your statement was due May 21, 2009. It was not received by chambers.

**It is hereby ORDERED** that if a statement is not lodged by the close of business Tuesday, May 26, 2009, plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: May 22, 2009

                              Bernard Zimmerman
                         United States Magistrate Judge

C:\Documents and Settings\USDC\Desktop\DHALIWAL LATE PAPERS.wpd

1