# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULBIR DHALIWAL; AMRITPAL DHALIWAL,<br><br>        Plaintiff,<br><br>vs.<br><br>THE SAN FRANCISCO ZOOLOGICAL SOCIETY; CITY AND COUNTY OF SAN FRANCISCO; SAM SINGER; SINGER ASSOCIATES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.: C 08-05094 WHA<br><br>[~~Proposed~~]<br>ORDER TO CONTINUE DATE FOR THE FILING OF STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court having considered the Stipulation to continue the date for filing of Stipulation for Dismissal with Prejudice, it is hereby ORDERED that the filing date for a Notice of Dismissal is continued to July 2, 2009. Furthermore, in light of the Settlement Agreement between the parties, it is ~~hereby~~ ORDERED the hearing currently set for June 25, 2009 at 8:00 a.m. is to be vacated.

*IT IS SO ORDERED*

Dated: June 18, 2009

*IT IS SO ORDERED*
*[signature]*
*Judge William Alsup*

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE