UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULBIR DHALIWAL; AMRITPAL DHALIWAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE SAN FRANCISCO ZOOLOGICAL SOCIETY; CITY AND COUNTY OF SAN FRANCISCO; SAM SINGER; SINGER ASSOCIATES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 08-05094 WHA<br><br>[~~PROPOSED~~]<br>**ORDER TO DISMISS WITH PREJUDICE** |

PURSUANT TO THE TERMS set forth in the Parties Stipulation to Dismiss, the above-captioned case is hereby ORDERED Dismissed with Prejudice with each side to bear their own attorneys' fees and costs.

IT IS SO ORDERED

Dated: July 7, 2009

_____
Hon. William Alsup
United States District Judge

- 1 -

ORDER
Case No. C 08-05094 WHA